IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JEFFREY GRODKO,

            Plaintiff,

    v.

CENTRAL EUROPEAN DISTRIBUTION
CORPORATION, et al.,

            Defendants.

Civil Action
No. 12-5530 (JBS-KMW)

PUERTO RICO SYSTEM OF
ANNUITIES AND PENSIONS FOR
TEACHERS,

            Plaintiff,

    v.

CENTRAL EUROPEAN DISTRIBUTION
CORPORATION, et al.,

            Defendants.

Civil Action
No. 12-5531 (JBS-KMW)

**ORDER**

This action comes before the Court on Harry E. Nelis' motion for appointment as lead plaintiff and approval as lead counsel [Docket Item 20], the Prosperity Subsidiary Group's motion for appointment as lead plaintiff and approval of lead counsel selection [Docket Item 22], and the Puerto Rico System of Annuities and Pensions for Teachers' request to be considered as lead plaintiff if the Court does not select the Prosperity

Subsidiary Group [Docket Item 32]. For the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this _17th_ day of December, 2012 hereby

ORDERED that Harry E. Nelis' motion for appointment as lead plaintiff [Docket Item 20] is denied; and it is further

ORDERED that the Prosperity Subsidiary Group's motion [Docket Item 22] for appointment as lead plaintiff is denied; and it is further

ORDERED that the Puerto Rico System of Annuities and Pensions for Teachers shall be lead plaintiff in this action; and it is further

ORDERED that Puerto Rico's selection of Robbins Geller Rudman & Dowd as Lead Counsel and Cohn, Lifland, Pearlman, Herrmann & Knopf as Local Counsel is approved; and it is further

ORDERED that Lead Plaintiff shall file the Consolidated Amended Complaint within thirty (30) days of today's date; and it is further

ORDERED that Defendants' answer or dismissal motion shall be filed within thirty (30) days after the filing of the Consolidated Amended Complaint; and it is further

ORDERED that Lead Plaintiff's opposition to any such dismissal motion shall be filed within thirty (30) days after Defendants file a dismissal motion; and it is further

2

ORDERED that Defendants' reply brief shall be filed within twenty (20) days after Lead Plaintiff files opposition.

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge

3